**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Randy Lynn Broucher                     CHAPTER 7
              Debtor(s)

                                               BKY. NO. 20-70614 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                    Respectfully submitted,

                    /s/ Brian C. Nicholas
                    Brian Nicholas
                    08 Jan 2021, 21:04:07, EST

                    Brian C. Nicholas, Esq. (317240) ☑
                    Maria D. Miksich, Esq. (319383) ☐
                    Rebecca A. Solarz, Esq. (315936) ☐
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    bkgroup@kmllawgroup.com