# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Randy Lynn Broucher<br>**Debtor(s)**<br><br>PNC BANK, NATIONAL ASSOCIATION<br>**Movant**<br>vs.<br><br>Randy Lynn Broucher<br>**Debtor(s)**<br><br>Lisa M. Swope,<br>Trustee | BK NO. 20-70614 JAD<br><br>Chapter 7<br><br>Related to Doc No. 17 |

## CERTIFICATE OF SERVICE OF
## Default Order on Motion for Relief from the Automatic Stay

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 11, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Randy Lynn Broucher
452 Byers Road
Somerset, PA 15501

Attorney for Debtor(s)
Joseph E. Fieschko, Jr., Esq.
436 7th Avenue
Pittsburgh, PA 15219

Trustee
Lisa M. Swope
219 South Center Street
P.O. Box 270
Ebensburg, PA 15931

Method of Service: electronic means or first class mail

Dated: February 11, 2021

**/s/ Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
MMiksich@kmllawgroup.com