**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Randy Lynn Broucher** | Social Security number or ITIN **xxx–xx–7754** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–70614–JAD**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randy Lynn Broucher

3/17/21

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-70614-JAD

Randy Lynn Broucher                                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: admin                                              Page 1 of 2

Date Rcvd: Mar 17, 2021                       Form ID: 318                                        Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randy Lynn Broucher, 452 Byers Road, Somerset, PA 15501-7755 |
| tr | + | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15320190 | + | Capital One Bank, 5757 Phontom Drive, Suite 330, Hazelwood, MO 63042-2429 |
| 15320192 | | EZ to USE Directory, 301 Catuga Avenue, PO Box 1433, Altoona, PA 16603-1433 |
| 15320191 | | Encircle Collections, 8300 NW 53rd Street, Suite 350, Miami, FL 33166-7712 |
| 15320193 | + | Farmers Home Administration, USDA Rural Development, PO Box 790301, Saint Louis, MO 63179-0301 |
| 15320195 | | Halverson Funeral Home, 476 Wewt Main Street, Somerset, PA 15501 |
| 15320196 | | Hauger Zeigler Funeral Home, 494 Wewt Main Street, Somerset, PA 15501 |
| 15320197 | + | Joseph Schroek Lawn Care, 528 Stepping Stones Road, Somerset, PA 15501-2426 |
| 15320198 | | Keystone Vinyl, 6185 US-220 Business, #220, Bedford, PA 15522 |
| 15320201 | + | SRA Associates, 112 W. Park Drive, Suite 200, Mount Laurel, NJ 08054-1261 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| | | | Mar 18 2021 03:13:00 | |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| | | | Mar 18 2021 03:32:00 | |
| smg | | EDI: PENNDEPTREV | | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| | | | Mar 18 2021 03:13:00 | |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| | | | Mar 18 2021 03:32:00 | |
| 15320188 | + | EDI: GMACFS.COM | | Ally Financial, PO BOx 1951, Louisville, KY 40201-1951 |
| | | | Mar 18 2021 03:13:00 | |
| 15320189 | | EDI: AMEREXPR.COM | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| | | | Mar 18 2021 03:13:00 | |
| 15320194 | | EDI: AMINFOFP.COM | | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| | | | Mar 18 2021 03:13:00 | |
| 15320199 | | Email/Text: Bankruptcy.Notices@pnc.com | | PNC Bank, PO Box 535230, Pittsburgh, PA 15235-5230 |
| | | | Mar 18 2021 03:31:00 | |
| 15320200 | | Email/Text: Bankruptcy.Notices@pnc.com | | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| | | | Mar 18 2021 03:31:00 | |

TOTAL: 9

District/off: 0315-7 | User: admin | Page 2 of 2
Date Rcvd: Mar 17, 2021 | Form ID: 318 | Total Noticed: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| aty | *+ | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Joseph E. Fieschko, Jr. | on behalf of Debtor Randy Lynn Broucher joe@fieschko.com  rcfishko@aol.com |
| Lisa M. Swope | on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6